

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO: _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| GREGORY PICKERT | : | VIOLATION: |
| | | 8 U.S.C. § 1325(c) (marriage fraud - |
| | : | 1 count) |
| | | 18 U.S.C. § 2 |

### INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 19, 2015, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**GREGORY PICKERT**

knowingly entered into, or aided and abetted another to knowingly enter into, a marriage for the purpose of evading a provision of the immigration laws, that is, for Frisca Boediarto, a/k/a "Frisca Boediarto Pickert," an illegal alien charged elsewhere in the Eastern District of Pennsylvania, to unlawfully obtain legal permanent resident status through a sham marriage.

In violation of Title 8, United States Code, Section 1325(c) and Title 18, United States Code Section 2.

for _____
**WILLIAM M. McSWAIN**
United States Attorney